# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MAKEDA STAMPS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2573

[January 15, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Rebecca White, Judge; L.T. Case No. 312009CF000784A.

Makeda Stamps, Ocala, pro se.

James Uthmeier, Tallahassee, Attorney General, and Melynda L. Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and SHAW, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***